EXHIBIT B

ELECTRONICALLY FILED - 2024 Jun 03 1:02 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701214

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF BEAUFORT | ) | FOR THE FOURTEENTH JUDICIAL CIRCUIT |
| VIOLA DUBOIS | ) | Civil Action No.: 2024-CP-07- ____________ |
| Plaintiff, | ) | |
| v. | ) | **SUMMONS** |
| PUBLIX SUPER MARKETS, INC. | ) | |
| Defendant. | ) | |

**TO THE DEFENDANT NAMED ABOVE: PUBLIX SUPER MARKETS, INC.**

YOU ARE HEREBY SUMMONED and required to answer the Complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this Complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the Complaint, judgment by default will be rendered against you for the relief demanded in the Complaint.

Attorney For Plaintiff

***/s/ Richard A. Hricik***

Richard A. Hricik (Bar No. 16871)
Law Offices of Richard A. Hricik, PA
941 Houston Northcutt, Suite 204
Mt. Pleasant, SC 29464
(t) 843-849-0136
(f) 843-216-1914
Richard@CharlestonLawyer.com

June 3, 2024
Mt. Pleasant, South Carolina

ELECTRONICALLY FILED - 2024 Jun 03 1:02 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701214

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | |
| COUNTY OF BEAUFORT | ) | FOR THE FOURTEENTH JUDICIAL CIRCUIT |
| VIOLA DUBOIS | ) | CIVIL ACTION NO.: 2024-CP-07-___________ |
| | ) | |
| Plaintiff, | ) | |
| | ) | **COMPLAINT** |
| v. | ) | (Jury Trial Requested) |
| | ) | |
| PUBLIX SUPER MARKETS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| _______________________________ | ) | |

**NOW COMES PLAINTIFF,** by and through counsel, and alleges the following:

**PARTIES**

1. Plaintiff Viola DuBois (hereinafter "Viola") is *sui juris*, and a citizen and resident of the State of South Carolina.

2. Defendant Publix Super Markets, Inc. (hereinafter "Defendant") is a corporation organized and existing pursuant to the laws of the State of Florida and regularly and routinely conducts business in South Carolina, including Beaufort County, through its retail grocery stores.

3. The Defendant owns and operates Publix Store #1463 ("Store 1463") located at 61 Lady's Island Drive, Beaufort, SC 29907 located in Beaufort County, South Carolina.

**STATEMENT OF JURISDICTION**

4. This Court has personal jurisdiction over the Defendant, subject matter jurisdiction over this matter and venue is proper in this Court.

**STATEMENT OF FACTS**

5. On or about the 6th day of June, 2021, Viola was a customer and invitee of Defendant at Store 1463.

6. At Store 1463, Defendant had placed large refrigerated display cases on the floor containing foods available for sale.

ELECTRONICALLY FILED - 2024 Jun 03 1:02 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701214

7. These refrigerated display cases were placed on the floor of Store 1463 with the intention that customers could and would walk up to them and reach in and select foods for purchase.

8. These refrigerated display cases generate condensation by their operation.

9. Defendant knew that these refrigerated display cases generate condensation by their operation and also knew they must be inspected and maintained to ensure that the refrigerated display cases properly drain the condensation they generate.

10. Defendant further knew that water on the floor of its stores posed a danger to customers.

11. Viola was shopping at Store 1463 when suddenly and without warning, through no fault of her own, slipped and fell causing injury because a large puddle of condensation had been leaking from a refrigerated display case and made the floor slippery and unsafe.

12. Defendant knew or should have known prior to Viola's fall and injury that the refrigerated display case was leaking condensation onto the floor.

13. There were no warning signs indicating the floor was wet, slippery, and/or unsafe.

14. Viola returned to Defendant's store approximately one week later and observed that the exact same refrigerated display case was still leaking condensation and water onto the floor where she fell.

15. As a direct result of her fall, Viola sustained injuries and was damaged.

**FIRST CAUSE OF ACTION**
**(Negligence Premises Liability)**

16. All allegations made in the preceding paragraphs are re-alleged as if fully set forth herein.

17. At the time of Viola's fall, she was an invitee on the premises of the Defendant at Store 1463.

ELECTRONICALLY FILED - 2024 Jun 03 1:02 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701214

18. Defendant owed Viola a duty not to create dangerous conditions on its premises.

19. Defendant further owed Viola the duty to discover dangerous conditions on its premises and make them safe.

20. Defendant further owed Viola the duty to warn her and other customers of any dangerous conditions on its premises and make them safe.

21. At all relevant times prior to Viola's fall and injury, Defendant knew or should have known of the existence of the dangerous conditions described herein that injured Viola, and further knew or should have known, that these dangerous conditions posed a significant danger to customers at Defendant's Store 1463.

22. Defendant was negligent, careless, reckless, and wanton at the time and place above mentioned, and acted with a reckless disregard for the rights of Viola in any one or more the following ways:

a. Created a dangerous condition on its premises;

b. Failed to keep the premises safe for customers;

c. Failed to provide safe conditions for customers;

d. Failed to properly supervise, control, and maintain the refrigerated display case and/or floor;

e. Failed to adequately inspect, discover, and correct the dangerous conditions that existed;

f. Failed to adequately warn customers of the dangerous conditions that existed;

g. Failed to properly train and/or supervise their employees so as to prevent the dangerous conditions from existing;

h. Failed to properly staff the store;

ELECTRONICALLY FILED - 2024 Jun 03 1:02 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701214

i. Failed to exercise due care under the circumstances that a reasonable person would have exercised under the same or similar circumstances; and

j. In such other and further particulars as the evidence in discovery and/or trial may show.

23. As a direct and proximate result of the acts and/or omissions of the Defendant as set forth herein, Viola has suffered injuries and has been damaged.

**RELIEF SOUGHT**

24. As a direct and proximate result of the acts and/or omissions of the Defendant as alleged herein, Viola has suffered injury and has been damaged and seeks all damages she is legally entitled to, including but not limited to:

a. past and future medical expenses;

b. out-of-pocket expenses;

c. pain, mental anguish, suffering, and discomfort;

d. loss of enjoyment of life; and

e. such other damages as are shown at trial.

**PUNITIVE DAMAGES**

25. As a direct and proximate result of the acts and/or omission of the Defendant as alleged herein, Viola is further entitled to punitive damages for the wanton and/or reckless acts and/or omissions of the Defendant as alleged herein.

ELECTRONICALLY FILED - 2024 Jun 03 1:02 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701214

**WHEREFORE**, the Plaintiff prays for a trial by jury, and judgment against the Defendant for all actual and punitive damages as she may be legally entitled to as determined by a jury, and for such other and further relief as this Court may deem just and proper.

Attorney for Plaintiff

***/s/ Richard A. Hricik***

Richard A. Hricik (Bar No. 16871)
Law Offices of Richard A. Hricik, PA
941 Houston Northcutt, Suite 204
Mt. Pleasant, SC 29464
(t) 843-849-0136
Richard@CharlestonLawyer.com

June 3, 2024
Mt. Pleasant, South Carolina

**Per SCRCP 38(b), Plaintiff Requests Trial By Jury**

Attorney for Plaintiff

***/s/ Richard A. Hricik***

Richard A. Hricik (Bar No. 16871)

ELECTRONICALLY FILED - 2024 Jun 06 1:47 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701214

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF BEAUFORT ) | FOR THE FOURTEENTH JUDICIAL CIRCUIT |
| VIOLA DUBOIS )<br>PIERRE DUBOIS )<br>Plaintiffs, )<br>v. )<br>PUBLIX SUPER MARKETS, INC. )<br>Defendant. ) | Civil Action No.: 2024-CP-07- 01214<br><br>**FIRST AMENDED SUMMONS** |

**TO THE DEFENDANT NAMED ABOVE: PUBLIX SUPER MARKETS, INC.**

YOU ARE HEREBY SUMMONED and required to answer the First Amended Complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this First Amended Complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the First Amended Complaint, judgment by default will be rendered against you for the relief demanded in the First Amended Complaint.

Attorney For Plaintiffs

***/s/ Richard A. Hricik***

Richard A. Hricik (Bar No. 16871)
Law Offices of Richard A. Hricik, PA
941 Houston Northcutt, Suite 204
Mt. Pleasant, SC 29464
(t) 843-849-0136
(f) 843-216-1914
Richard@CharlestonLawyer.com

June 6, 2024
Mt. Pleasant, South Carolina

ELECTRONICALLY FILED - 2024 Jun 06 1:47 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701214

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | |
| COUNTY OF BEAUFORT | ) | FOR THE FOURTEENTH JUDICIAL CIRCUIT |
| VIOLA DUBOIS | ) | CIVIL ACTION NO.: 2024-CP-07-01214 |
| PIERRE DUBOIS | ) | |
| Plaintiffs, | ) | |
| | ) | **FIRST AMENDED COMPLAINT** |
| v. | ) | (Jury Trial Requested) |
| | ) | |
| PUBLIX SUPER MARKETS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOW COMES PLAINTIFFS,** by and through counsel, and pursuant to SCRCP 15(a), for their First Amended Complaint and allege the following:

**PARTIES**

1. Plaintiff Viola DuBois (hereinafter "Viola") is *sui juris*, and a citizen and resident of the State of South Carolina.

2. Plaintiff Pierre DuBois (hereinafter "Pierre") is *sui juris*, and a citizen and resident of the State of South Carolina and was at all times relevant herein, the lawful spouse of Viola DuBois.

3. Defendant Publix Super Markets, Inc. (hereinafter "Defendant") is a corporation organized and existing pursuant to the laws of the State of Florida and regularly and routinely conducts business in South Carolina, including Beaufort County, through its retail grocery stores.

4. The Defendant owns and operates Publix Store #1463 ("Store 1463") located at 61 Lady's Island Drive, Beaufort, SC 29907 located in Beaufort County, South Carolina.

**STATEMENT OF JURISDICTION**

5. This Court has personal jurisdiction over the Defendant, subject matter jurisdiction over this matter and venue is proper in this Court.

**STATEMENT OF FACTS**

ELECTRONICALLY FILED - 2024 Jun 06 1:47 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701214

6. On or about the 6th day of June, 2021, Viola was a customer and invitee of Defendant at Store 1463.

7. At Store 1463, Defendant had placed large refrigerated display cases on the floor containing foods available for sale.

8. These refrigerated display cases were placed on the floor of Store 1463 with the intention that customers could and would walk up to them and reach in and select foods for purchase.

9. These refrigerated display cases generate condensation by their operation.

10. Defendant knew that these refrigerated display cases generate condensation by their operation and also knew they must be inspected and maintained to ensure that the refrigerated display cases properly drain the condensation they generate.

11. Defendant further knew that water on the floor of its stores posed a danger to customers.

12. Viola was shopping at Store 1463 when suddenly and without warning, through no fault of her own, slipped and fell causing injury because a large puddle of condensation had been leaking from a refrigerated display case and made the floor slippery and unsafe.

13. Defendant knew or should have known prior to Viola's fall and injury that the refrigerated display case was leaking condensation onto the floor.

14. There were no warning signs indicating the floor was wet, slippery, and/or unsafe.

15. Viola returned to Defendant's store approximately one week later and observed that the exact same refrigerated display case was still leaking condensation and water onto the floor where she fell.

16. As a direct result of her fall, Viola sustained injuries and was damaged.

ELECTRONICALLY FILED - 2024 Jun 06 1:47 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701214

**FIRST CAUSE OF ACTION**
**(Negligence Premises Liability)**

17. All allegations made in the preceding paragraphs are re-alleged as if fully set forth herein.

18. At the time of Viola's fall, she was an invitee on the premises of the Defendant at Store 1463.

19. Defendant owed Viola a duty not to create dangerous conditions on its premises.

20. Defendant further owed Viola the duty to discover dangerous conditions on its premises and make them safe.

21. Defendant further owed Viola the duty to warn her and other customers of any dangerous conditions on its premises and make them safe.

22. At all relevant times prior to Viola's fall and injury, Defendant knew or should have known of the existence of the dangerous conditions described herein that injured Viola, and further knew or should have known, that these dangerous conditions posed a significant danger to customers at Defendant's Store 1463.

23. Defendant was negligent, careless, reckless, and wanton at the time and place above mentioned, and acted with a reckless disregard for the rights of Viola in any one or more the following ways:

a. Created a dangerous condition on its premises;

b. Failed to keep the premises safe for customers;

c. Failed to provide safe conditions for customers;

d. Failed to properly supervise, control, and maintain the refrigerated display case and/or floor;

e. Failed to adequately inspect, discover, and correct the dangerous conditions that existed;

ELECTRONICALLY FILED - 2024 Jun 06 1:47 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701214

f. Failed to adequately warn customers of the dangerous conditions that existed;

g. Failed to properly train and/or supervise their employees so as to prevent the dangerous conditions from existing;

h. Failed to properly staff the store;

i. Failed to exercise due care under the circumstances that a reasonable person would have exercised under the same or similar circumstances; and

j. In such other and further particulars as the evidence in discovery and/or trial may show.

24. As a direct and proximate result of the acts and/or omissions of the Defendant as set forth herein, Viola has suffered injuries and has been damaged.

**SECOND CAUSE OF ACTION**
**(Loss of Consortium)**

25. All allegations made in the preceding paragraphs are re-alleged as if fully set forth herein.

26. At all times relevant herein, Plaintiffs Viola and Pierre DuBois were lawfully married.

27. As a direct and proximate cause of the negligence, carelessness, gross negligence, wantonness, and/or recklessness of the Defendant as alleged herein that damaged and injured Viola, Pierre has been damaged in that he has suffered a loss of Viola's aid, comfort, society, services, love, affection, and consortium, and is entitled to an award of damages in an amount to be determined by a jury.

ELECTRONICALLY FILED - 2024 Jun 06 1:47 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701214

## RELIEF SOUGHT

28. As a direct and proximate result of the acts and/or omissions of the Defendant as alleged herein, Viola has suffered injury and has been damaged and seeks all damages she is legally entitled to, including but not limited to:

a. past and future medical expenses;

b. out-of-pocket expenses;

c. pain, mental anguish, suffering, and discomfort;

d. loss of enjoyment of life; and

e. such other damages as are shown at trial.

## PUNITIVE DAMAGES

29. As a direct and proximate result of the acts and/or omission of the Defendant as alleged herein, Viola and Pierre are further entitled to punitive damages for the wanton and/or reckless acts and/or omissions of the Defendant as alleged herein.

ELECTRONICALLY FILED - 2024 Jun 06 1:47 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701214

**WHEREFORE**, the Plaintiffs prays for a trial by jury, and judgment against the Defendant for all actual and punitive damages as they may be legally entitled to as determined by a jury, and for such other and further relief as this Court may deem just and proper.

Attorney for Plaintiffs

***/s/ Richard A. Hricik***

Richard A. Hricik (Bar No. 16871)
Law Offices of Richard A. Hricik, PA
941 Houston Northcutt, Suite 204
Mt. Pleasant, SC 29464
(t) 843-849-0136
Richard@CharlestonLawyer.com

June 6, 2024
Mt. Pleasant, South Carolina

**Per SCRCP 38(b), Plaintiff Requests Trial By Jury**

Attorney for Plaintiffs

***/s/ Richard A. Hricik***

Richard A. Hricik (Bar No. 16871)

ELECTRONICALLY FILED - 2024 Sep 09 5:23 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701214

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | FOR THE FOURTEENTH JUDICIAL CIRCUIT |
| COUNTY OF BEAUFORT | ) | CASE NUMBER: 2024-CP-07-01214 |
| | ) | |
| VIOLA DUBOIS | ) | |
| PIERRE DUBOIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | **PROOF OF SERVICE** |
| | ) | |
| | ) | |
| PUBLIX SUPER MARKETS, INC. | | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This is to certify that on September 3, 2024, the Amended Summons and Complaint, were deposited in the mail, first-class, certified-return receipt requested, properly addressed, with postage prepaid to Corporate Creations Network Inc., agent of service for Defendant Publix Super Markets, Inc.. I further certify that the foregoing was accepted by Corporate Creations Network Inc., on behalf of Defendant Publix Super Markets, Inc., on September 6, 2024 as is evidenced by the attached return receipt.

Attorney for Plaintiffs

***/s/ Richard A. Hricik***

Richard A. Hricik (Bar No. 16871)
Law Offices of Richard A. Hricik, P.A.
941 Houston Northcutt Blvd, Suite 204
Mt. Pleasant, SC 29464
(t) 843-849-0136
(f) 843-216-1914
Richard@CharlestonLawyer.com

September 9, 2024
Mt. Pleasant, South Carolina

ELECTRONICALLY FILED - 2024 Sep 09 5:23 PM - BEAUFORT - COMMON PLEAS - CASE#2024CP0701214

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF BEAUFORT<br><br>VIOLA DUBOIS<br>PIERRE DUBOIS<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIX SUPER MARKETS, INC.<br><br>Defendant. | IN THE COURT OF COMMON PLEAS<br>FOR THE FOURTEENTH JUDICIAL CIRCUIT<br>CIVIL ACTION NO.: 2024-CP-07-01214 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corp Creations Network
6650 Rivers Ave
North Charleston, SC 29406

9590 9402 2810 7069 1769 20

2. Article Number (Transfer from service label)

9589 0710 5270 0758 3974 66

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) K. Pfenninger

C. Date of Delivery 9/6/24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt